# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA GALARZA, | |
| Plaintiff(s), | Case No. 2:12-cv-01218-LDG-NJK |
| vs. | ORDER REGARDING DOCKET NO. 25 |
| NEW ALBERTSON'S INC., et al., | |
| Defendant(s). | |

On March 22, 2013, the Court entered an order regarding a stipulation to extend certain deadlines. The Court hereby clarifies that it denied <u>without prejudice</u> the request to extend the discovery cutoff and dispositive motion deadline.

IT IS SO ORDERED.

DATED: April 3, 2013

_____
NANCY J. KOPPE
United States Magistrate Judge